Exhibit 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-395-101

**Effective Date of Registration:**
January 10, 2024
**Registration Decision Date:**
May 23, 2024

---

## Title

**Title of Work:** GC001 Rudolph Baubles

## Completion/Publication

**Year of Completion:** 2018
**Date of 1st Publication:** July 05, 2018
**Nation of 1st Publication:** United Kingdom

## Author

- **Author:** Bug Art Limited
  **Author Created:** 2-D artwork
  **Work made for hire:** Yes
  **Domiciled in:** United Kingdom

## Copyright Claimant

**Copyright Claimant:** Bug Art Limited
Brierley Farm, Mill Lane, Brockhurst, Ashover, Chesterfield, Derbys, S45 0HS, United Kingdom

## Rights and Permissions

**Organization Name:** Bug Art Limited
**Email:** annecrowther@btinternet.com
**Address:** Brierley Farm, Mill Lane
Brockhurst, Ashover
Chesterfield, Derbys S45 0HS United Kingdom

## Certification

Page 1 of 2



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-395-109

**Effective Date of Registration:**
January 10, 2024
**Registration Decision Date:**
May 23, 2024

---

## Title
_____

**Title of Work:** H031 Branch Kitty

## Completion/Publication
_____

**Year of Completion:** 2020
**Date of 1st Publication:** July 03, 2020
**Nation of 1st Publication:** United Kingdom

## Author
_____

- **Author:** Bug Art Limited
  **Author Created:** 2-D artwork
  **Work made for hire:** Yes
  **Domiciled in:** United Kingdom

## Copyright Claimant
_____

**Copyright Claimant:** Bug Art Limited
Brierley Farm, Mill Lane, Brockhurst, Ashover, Chesterfield, Derbys, S45 0HS, United Kingdom

## Rights and Permissions
_____

**Organization Name:** Bug Art Limited
**Email:** annecrowther@btinternet.com
**Address:** Brierley Farm, Mill Lane
Brockhurst, Ashover
Chesterfield, Derbys S45 0HS United Kingdom

## Certification
_____

Page 1 of 2



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

## VA 2-395-094

**Effective Date of Registration:**
January 10, 2024
**Registration Decision Date:**
May 23, 2024

---

## Title

| | |
|---|---|
| **Title of Work:** | G006 Connie Cow |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2017 |
| **Date of 1st Publication:** | December 05, 2017 |
| **Nation of 1st Publication:** | United Kingdom |

## Author

| | |
|---|---|
| • **Author:** | Bug Art Limited |
| **Author Created:** | 2-D artwork |
| **Work made for hire:** | Yes |
| **Domiciled in:** | United Kingdom |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Bug Art Limited |
| | Brierley Farm, Mill Lane, Brockhurst, Ashover, Chesterfield, Derbys, S45 0HS, United Kingdom |

## Rights and Permissions

| | |
|---|---|
| **Organization Name:** | Bug Art Limited |
| **Email:** | annecrowther@btinternet.com |
| **Address:** | Brierley Farm, Mill Lane |
| | Brockhurst, Ashover |
| | Chesterfield, Derbys S45 0HS United Kingdom |

## Certification



# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

## VA 2-392-462

**Effective Date of Registration:**
January 10, 2024
**Registration Decision Date:**
April 29, 2024

---

## Title

| | |
|---|---|
| **Title of Work:** | KC002 Mountain Stag |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2022 |
| **Date of 1st Publication:** | May 05, 2022 |
| **Nation of 1st Publication:** | United Kingdom |

## Author

| | |
|---|---|
| **Author:** | Bug Art Limited |
| **Author Created:** | 2-D artwork |
| **Work made for hire:** | Yes |
| **Domiciled in:** | United Kingdom |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Bug Art Limited |
| | Brierley Farm, Mill Lane, Brockhurst, Ashover, Chesterfield, Derbys, S45 0HS, United Kingdom |

## Rights and Permissions

| | |
|---|---|
| **Organization Name:** | Bug Art Limited |
| **Email:** | annecrowther@btinternet.com |
| **Address:** | Brierley Farm, Mill Lane Brockhurst, Ashover Chesterfield, Derbys S45 0HS United Kingdom |

## Certification

Page 1 of 2



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-390-852

**Effective Date of Registration:**
January 10, 2024
**Registration Decision Date:**
April 16, 2024

---

## Title

**Title of Work:** D191 Peacock

## Completion/Publication

**Year of Completion:** 2021
**Date of 1st Publication:** April 27, 2021
**Nation of 1st Publication:** United Kingdom

## Author

- **Author:** Bug Art Limited
  **Author Created:** 2-D artwork
  **Work made for hire:** Yes
  **Domiciled in:** United Kingdom

## Copyright Claimant

**Copyright Claimant:** Bug Art Limited
Brierley Farm, Mill Lane, Brockhurst, Ashover, Chesterfield, Derbys, S45 0HS, United Kingdom

## Rights and Permissions

**Organization Name:** Bug Art Limited
**Email:** annecrowther@btinternet.com
**Address:** Brierley Farm, Mill Lane
Brockhurst, Ashover
Chesterfield, Derbys S45 0HS United Kingdom

## Certification

Page 1 of 2



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

## VA 2-395-108

**Effective Date of Registration:**
January 10, 2024
**Registration Decision Date:**
May 23, 2024

---

## Title

**Title of Work:** H019 Bike Cat

## Completion/Publication

**Year of Completion:** 2016
**Date of 1st Publication:** December 24, 2016
**Nation of 1st Publication:** United Kingdom

## Author

- **Author:** Bug Art Limited
  **Author Created:** 2-D artwork
  **Work made for hire:** Yes
  **Domiciled in:** United Kingdom

## Copyright Claimant

**Copyright Claimant:** Bug Art Limited
Brierley Farm, Mill Lane, Brockhurst, Ashover, Chesterfield, Derbys, S45 0HS, United Kingdom

## Rights and Permissions

**Organization Name:** Bug Art Limited
**Email:** annecrowther@btinternet.com
**Address:** Brierley Farm, Mill Lane
Brockhurst, Ashover
Chesterfield, Derbys S45 0HS United Kingdom

## Certification

Page 1 of 2



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

## VA 2-392-463

**Effective Date of Registration:**
January 10, 2024
**Registration Decision Date:**
April 29, 2024

---

## Title

**Title of Work:** M082 Dragonfly in a Swirl

## Completion/Publication

**Year of Completion:** 2007
**Date of 1st Publication:** October 29, 2007
**Nation of 1st Publication:** United Kingdom

## Author

- **Author:** Bug Art Limited
  **Author Created:** 2-D artwork
  **Work made for hire:** Yes
  **Domiciled in:** United Kingdom

## Copyright Claimant

**Copyright Claimant:** Bug Art Limited
Brierley Farm, Mill Lane, Brockhurst, Ashover, Chesterfield, Derbys, S45 0HS, United Kingdom

## Rights and Permissions

**Organization Name:** Bug Art Limited
**Email:** annecrowther@btinternet.com
**Address:** Brierley Farm, Mill Lane
Brockhurst, Ashover
Chesterfield, Derbys S45 0HS United Kingdom

## Certification

Page 1 of 2

