## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.9 (rev. 1.9)
### Eastern Division

Bug Art Limited

          Plaintiff,

v.

The Partnerships and Unincorporated Associations
Identified on Schedule A, et al.

          Defendant.

Case No.:
1:26–cv–01897

Honorable Elaine
E. Bucklo

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, May 28, 2026:

      MINUTE entry before the Honorable Elaine E. Bucklo: The Court has reviewed the status report. Plaintiff's motion for entry of default and default judgment against the defendants identified in First Amended Schedule A [38] is granted. Enter Default Judgment Order. Scheduling Conference set for 7/14/2026 to stand as to remaining Defendant Nos. 39, 40, and 43. Mailed notice. (mgh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.