**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

BUG ART LIMITED,

     Plaintiff,

v.

THE PARTNERSHIPS AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON SCHEDULE
"A",

     Defendants.

Case No.: 1:26-cv-01897

Judge Elaine E. Bucklo

Magistrate Judge Daniel P. McLaughlin

## DEFENDANTS' UNOPPOSED MOTION TO EXTEND DEADLINE TO ANSWER OR OTHERWISE RESPOND

Defendants justvigors and trendyschic ("Defendants") respectfully move this Court for an extension of time, up to and including July 02, 2026, for Defendants to answer or otherwise respond in this matter. In support thereof, Defendants state as follows:

1. The current deadline for Defendants to answer or otherwise respond in this matter is June 12, 2026. Dkt. No. 36.

2. Plaintiff and Defendants have been conducting a good faith settlement negotiation, and additional time is needed for Defendants to investigate and prepare a proper response to the Complaint.

3. Defendants request an extension of time until July 02, 2026, to answer or otherwise respond to the complaint in this matter.

4. Plaintiff has consented to this extension of time.

5. This is Defendants' second extension of time request. The Court granted Defendants' first Motion to Extend, which extended the deadline for Defendants to answer or otherwise respond in this matter from May 13, 2026, to June 12, 2026. Dkt. Nos. 29 and 36. This motion is brought in

good faith and will not cause prejudice to the parties.

WHEREFORE, Defendants respectfully request this Court grant this unopposed motion and extend the deadline by which Defendants are to answer or otherwise respond to the complaint in this matter, up to and including July 02, 2026.

Dated:  June 18, 2026

Respectfully submitted,

/s/ Timothy T. Wang
Timothy T. Wang
**NI, WANG & MASSAND, PLLC**
8140 Walnut Hill, Ste. 615
Dallas, TX 75231
Telephone: (972) 331-4603
Fax: (972) 314-0900
twang@nilawfirm.com

**ATTORNEY     FOR     DEFENDANTS
JUSTVIGORS AND TRENDYSCHIC**

**CERTIFICATE OF SERVICE**

On June 18, 2026, I filed the foregoing document with the clerk of court for the U.S. District Court, Northern District of Illinois, Eastern Division, using the CM/ECF System which will send notification of said filing to all counsel of record.

*/s/ Timothy T. Wang*
Timothy T. Wang