**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| BUG ART LIMITED,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>THE PARTNERSHIPS AND<br>UNINCORPORATED ASSOCIATIONS<br>IDENTIFIED IN SCHEDULE A,<br><br>　　　　Defendants. | Case No.  1:26-cv-01897<br><br>Honorable Judge Elaine E. Bucklo |

**NOTICE OF DEFENDANTS' UNOPPOSED MOTION
FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND**

Please take notice that Defendants justvigors and trendyschic's (collectively "Defendants") Unopposed Motion for Extension of Time to Answer or Otherwise Respond to Plaintiff's Complaint (Dkt. No. 50) is hereby noticed for Thursday, June 25, 2026, at 9:45 a.m. before the Honorable Elaine E. Bucklo. Pursuant to Judge Bucklo's standing orders, the presentment date is for tracking purposes only and no appearance in court is required.

DATED June 18, 2026.

Respectfully submitted,

By: */s/ Timothy T. Wang*
Timothy T. Wang
Texas Bar No. 24067927
twang@nilawfirm.com

**NI, WANG & MASSAND, PLLC**
8140 Walnut Hill Ln., Ste. 615
Dallas, TX 75231
Tel: (972) 331-4603
Fax: (972) 314-0900

**ATTORNEY FOR DEFENDANTS
JUSTVIGORS AND TRENDYSCHIC**

1

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 18, 2026, I electronically filed the foregoing document with the clerk of the court for the U.S. District Court, Northern District of Illinois, Eastern Division, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

*/s/ Timothy T. Wang*
Timothy T. Wang