**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Bug Art Limited

                                   Plaintiff,

v.

                                   Case No.:
                                   1:26−cv−01897

                                   Honorable Elaine
                                   E. Bucklo

The Partnerships and Unincorporated Associations
Identified on Schedule A, et al.

                                   Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, June 25, 2026:

      MINUTE entry before the Honorable Elaine E. Bucklo: Defendants justvigors and trendyschic unopposed motion to extend deadline to answer or otherwise respond [50] is granted to 7/2/2026. Mailed notice. (mgh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.