**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

BUG ART LIMITED,

        Plaintiff,

        v.

The Partnerships and Unincorporated
Associations Identified in Schedule A,

        Defendants.

Case No.  1:26-cv-01897

Honorable Judge Elaine E. Bucklo

**DEFENDANTS JUSTVIGORS AND TRENDYSCHIC'S ANSWER TO COMPLAINT**

Defendants justvigors and trendyschic (collectively "Defendants") by and through their undersigned attorney, and for their Answer to Plaintiff Bug Art Limited's ("Plaintiff") Complaint, state as follows:

**JURISDICTION AND VENUE**

1. Defendants admit that this Court has subject matter jurisdiction over such claims. Except as so admitted, the remaining allegations in this paragraph are denied.

2. Denied.

**INTRODUCTION**

3. Defendants lack sufficient knowledge or information to form a belief as to the truth of these allegations and therefore deny the allegations in this paragraph.

4. Defendants admit that this action is brought by Plaintiff. Expect as so admitted, the remaining allegations in the first sentence are denied. Defendants deny the allegations of the

second sentence in this paragraph to the extent they are directed towards Defendants. Defendants lack sufficient knowledge or information to form a belief about the truth of any allegations in this paragraph directed against other entity, and so deny them.

5. Defendants lack sufficient knowledge or information to form a belief as to the truth of these allegations and therefore deny the allegations in this paragraph.

6. Defendants deny the allegations of this Paragraph to the extent they are directed towards Defendants. Defendants lack sufficient knowledge or information to form a belief about the truth of any allegations in this paragraph directed against other entity, and so deny them.

7. Defendants deny the allegations of this Paragraph to the extent they are directed towards Defendants. Defendants lack sufficient knowledge or information to form a belief about the truth of any allegations in this paragraph directed against other entity, and so deny them.

### THE PLAINTIFF

8. Defendants lack sufficient knowledge or information to form a belief as to the truth of these allegations and therefore deny the allegations in this paragraph.

9. Defendants lack sufficient knowledge or information to form a belief as to the truth of these allegations and therefore deny the allegations in this paragraph.

10. Defendants lack sufficient knowledge or information to form a belief as to the truth of these allegations and therefore deny the allegations in this paragraph.

11. Defendants deny the allegations of this Paragraph to the extent they are directed towards Defendants. Defendants lack sufficient knowledge or information to form a belief about the truth of any allegations in this paragraph directed against other entity, and so deny them.

12. Defendants lack sufficient knowledge or information to form a belief as to the truth of these allegations and therefore deny the allegations in this paragraph.

13. Defendants lack sufficient knowledge or information to form a belief as to the truth of these allegations and therefore deny the allegations in this paragraph.

14. Defendants lack sufficient knowledge or information to form a belief as to the truth of these allegations and therefore deny the allegations in this paragraph.

15. Defendants lack sufficient knowledge or information to form a belief as to the truth of these allegations and therefore deny the allegations in this paragraph.

## THE DEFENDANTS AND THE DEFENDANTS' UNLAWFUL CONDUCT

16. Defendants admit that Defendants are Chinese entities. Expect as so admitted, Defendants deny allegations of this Paragraph to the extent they are directed towards Defendants. Defendants lack sufficient knowledge or information to form a belief about the truth of any allegations in this paragraph directed against other entity, and so deny them.

## COUNT I

## [Alleged] COPYRIGHT INFRINGEMENT

17. Defendants incorporate by reference their answers contained in the foregoing paragraphs as if stated fully here.

18. Defendants lack sufficient knowledge or information to form a belief as to the truth of these allegations and therefore deny the allegations in this paragraph.

19. Defendants lack sufficient knowledge or information to form a belief as to the truth of these allegations and therefore deny the allegations in this paragraph.

20. Defendants deny the allegations of this Paragraph to the extent they are directed towards Defendants. Defendants lack sufficient knowledge or information to form a belief about the truth of any allegations in this paragraph directed against other entity, and so deny them.

21. Denied.

22. Denied.

### RESPONSE TO PLAINTIFF'S RELIEF REQUESTED

Defendants deny any and all remaining allegations not specifically admitted, and deny that Plaintiff is entitled to the relief requested in paragraphs 1 through 5 of its Prayer for Relief, or to any relief at all. To the extent that any statement in Plaintiff's Prayer for Relief is considered to contain factual allegations that require a response, Defendants deny each and every such allegation.

### JURY DEMAND

Defendants demand a trial by jury on all claims and issues so triable.

### AFFIRMATIVE DEFENSES

By way of further Answer and as affirmative defenses, Defendants deny that they are liable to Plaintiff on any of the claims alleged and deny that Plaintiff is entitled to damages, treble or punitive, equitable relief, attorneys' fees, costs, pre-judgement interest or to any relief whatsoever, and states as follows:

### FIRST AFFIRMATIVE DEFENSE
### (Non-Infringement)

1. Defendants have not infringed any of Plaintiff's Copyrights.

### SECOND AFFIRMATIVE DEFENSE
### (Copyright Misuse)

2. The claim(s) made in the Complaint is barred, in whole or in part, because Plaintiff uses copyright to secure an exclusive right or limited monopoly not granted by the Copyright Act.

### THIRD AFFIRMATIVE DEFENSE
### (Actions of Others)

3. The claim(s) made in the Complaint is barred, in whole or in part, because Defendants are not liable for the acts of others over whom they have no control.

-4-

## FOURTH AFFIRMATIVE DEFENSE
### (Equitable Defenses)

4.      Plaintiff's claim(s) is barred, in whole or in part, under principles of equity, including without limitation, waiver, estoppel, unclean hands, and/or other equitable doctrines.

## FIFTH AFFIRMATIVE DEFENSE
### (Limitation on Damages and Other Relief)

5.      Plaintiff is precluded from recovering damages, in whole or in part, under the provisions of 17 U.S.C. § 412.

## SIXTH AFFIRMATIVE DEFENSE
### (Laches)

6.      Plaintiff's claim(s) is barred by laches, in the Plaintiff has unreasonably delayed efforts to enforce its rights, if any, despite its full awareness of Defendants' actions.

## SEVENTH AFFIRMATIVE DEFENSE
### (Failure to State a Claim)

7.      Plaintiff has failed to state a claim upon which relief can be granted.

## EIGHTH AFFIRMATIVE DEFENSE
### (Fair Use)

8.      The claim(s) made in the Complaint is barred, in whole or in part, by the doctrines of fair use, nominative fair use and/or descriptive use.

## NINTH AFFIRMATIVE DEFENSE
### (Third-Party Use)

9.      The claim(s) made in the Complaint is barred, in whole or in part, by reason of other parties' use of copyrights at issue.

## TENTH AFFIRMATIVE DEFENSE
### (Duplicative Claims)

10.      Without admitting that the Complaint states a claim, any remedies are limited to

the extent that there is sought an overlapping or duplicative recovery pursuant to the various claims for any alleged single wrong.

## ADDITIONAL DEFENSES

Defendants reserve the right to assert additional defenses based on information learned or obtained during discovery.

Respectfully submitted,

Dated:  June 30, 2026

By: */s/ Timothy T. Wang*
Timothy T. Wang
Texas Bar No. 24067927
twang@nilawfirm.com

**NI, WANG & MASSAND, PLLC**
8140 Walnut Hill Ln., Ste. 615
Dallas, TX 75231
Tel: (972) 331-4603
Fax: (972) 314-0900

**ATTORNEY FOR DEFENDANTS
JUSTVIGORS AND
TRENDYSCHIC**

## CERTIFICATE OF SERVICE

On June 30, 2026, I electronically filed the foregoing document with the clerk of the court for the U.S. District Court, Northern District of Illinois, Eastern Division, using the CM/ECF System which will send notification of said filing to all counsel of record.

*/s/ Timothy T. Wang*
Timothy T. Wang

-6-