**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

BUG ART LIMITED,

      Plaintiff,

v.

THE PARTNERSHIPS AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

      Defendants.

Case No.: 1:26-cv-01897

Judge Elaine E. Bucklo

Magistrate Judge Daniel P. McLaughlin

**JOINT RULE 26(f) REPORT OF PLAINTIFF AND DEFENDANTS NOS. 39
(JUSTVIGORS) AND 40 (TRENDYSCHIC)**

Plaintiff Bug Art Limited ("Plaintiff") and Defendants No. 39, JustVigors, and No. 40, TrendySchic (collectively, the "Appearing Defendants"), by their respective undersigned counsel, submit this Joint Report of Parties' Planning Meeting pursuant to Federal Rule of Civil Procedure 26(f) and this Court's May 20, 2026 minute order (Dkt. 44). The Appearing Defendants are the only defendants who have appeared and answered the Complaint (Dkt. 53); no other defendant has appeared, and this report is submitted on behalf of Plaintiff and the Appearing Defendants only.

1.      **Meeting.** Pursuant to Fed. R. Civ. P. 26(f), a meeting was held on July 7, 2026, and was attended by counsel for Plaintiff and Tim Wang, counsel for the Appearing Defendants.

2.      **Pretrial Schedule.** The parties jointly propose the following schedule to the Court:

Plaintiff shall amend its pleadings and add any additional parties by August 6, 2026.

The Appearing Defendants shall amend their pleadings and add any additional parties by August 6, 2026.

**3.**     **Discovery.** Discovery will be needed on the following subjects: the Appearing Defendants' sale, offer for sale, advertisement, and distribution of the accused products; the Appearing Defendants' sourcing, manufacturing, and inventory of the accused products; the identity, ownership, and control of the online marketplace accounts and internet stores associated with the Appearing Defendants; the volume, revenue, and profits associated with sales of the accused products; the financial accounts and payment-processing relationships used to receive proceeds from those sales; and the Appearing Defendants' contacts with Illinois and the United States.

(a)     Disclosures pursuant to Fed. R. Civ. P. 26(a)(1) shall be made by July 21, 2026. Fact discovery shall commence immediately and shall be completed by November 4, 2026.

(b)     The parties expect they will need approximately four depositions: one Rule 30(b)(6) deposition and one individual deposition of each Appearing Defendant, with the individual deponent for each Appearing Defendant to be identified following initial disclosures.

(c)     The parties do not presently anticipate that expert discovery will be necessary. To the extent either party determines expert discovery is warranted, that party shall so notify the other no later than the close of fact discovery, and any expert reports under Fed. R. Civ. P. 26(a)(2) shall be exchanged within thirty days thereafter, with all expert discovery completed no later than February 2, 2027.

(d)     All potentially dispositive motions shall be filed within thirty days after the close of fact discovery, or, if expert discovery proceeds under paragraph 3(c), within thirty days after the close of expert discovery.

(e)     Final pretrial order: Plaintiff shall prepare and circulate a proposed draft thirty days before the joint final pretrial order is due; the parties shall file a joint final pretrial order on a date to be set by the Court following resolution of any dispositive motions.

(f)     The parties anticipate this case will be ready for trial within sixty days after resolution of any dispositive motions, or, if none are filed, within sixty days after the dispositive motion deadline set forth in paragraph 3(d). The parties expect trial to take approximately two to three days.

**4.     Settlement.** The parties have engaged in settlement discussions since April 2026. Plaintiff sent the Appearing Defendants a written settlement demand on May 1, 2026. In response, the Appearing Defendants stipulated to an asset restraint of $50,000 per store, which the Court entered on May 13, 2026. The parties have continued to confer regarding potential resolution and anticipate that settlement communications will continue informally in advance of the July 14, 2026 scheduling conference.

**5.     Consent.** The parties do not unanimously consent to jurisdiction by the assigned Magistrate Judge.

Date: July 7, 2026

Respectfully submitted,                          Respectfully submitted,

/s/ Keith A. Vogt                                /s/ Timothy T. Wang

Keith A. Vogt                                    Timothy T. Wang
FL Bar No. 1036084/IL Bar No. 6207971            TX Bar No. 24067927
Keith A. Vogt PLLC                               NI, WANG & MASSAND, PLLC
1820 NE 163rd Street, Suite #306                 8140 Walnut Hill Ln., Ste. 615
North Miami Beach, Florida 33162                 Dallas, TX 75231
Telephone: 312-971-6752                          Tel: (972) 331-4603
E-mail: keith@vogtip.com                         E-mail: twang@nilawfirm.com

***ATTORNEY FOR PLAINTIFF***                     ***ATTORNEY FOR DEFENDANTS***