**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Bug Art Limited

Plaintiff,

v.

Case No.:
1:26–cv–01897

Honorable Elaine
E. Bucklo

The Partnerships and Unincorporated Associations
Identified on Schedule A, et al.

Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, July 14, 2026:

MINUTE entry before the Honorable Elaine E. Bucklo: The Court adopts the report of parties planning meeting. Parties to comply with FRCP 26(a)(1) by 7/21/2026. Parties are given to and including 8/6/2026 to amend all pleadings and to add any additional parties. Fact discovery ordered closed by 11/4/2026. Status hearing set for 11/12/2026 at 9:45 a.m. (to track the case only, no appearance is required). Parties to submit an revised/updated joint Rule 26(f) report by 11/5/2026, parties shall include actual dates for the remaining deadlines, including agreed dispositive motion briefing schedule. The court will enter a scheduling order based on the report. Mailed notice. (mgh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.