AO 121 (6/90)

| TO: | |
|---|---|
| **Register of Copyrights**<br>**Copyright Office**<br>**Library of Congress**<br>**Washington, D.C. 20559** | **REPORT ON THE**<br>**FILING OR DETERMINATION OF AN**<br>**ACTION OR APPEAL**<br>**REGARDING A COPYRIGHT** |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☒ ACTION ☐ APPEAL | | COURT NAME AND LOCATION |
|---|---|---|
| DOCKET NO.<br>1:26-cv-01897 | DATE FILED<br>02/19/2026 | United States District Court<br>Northern District of Illinois |

| PLAINTIFF | DEFENDANT |
|---|---|
| Bug Art Limited | The Partnerships and Unincorporated Associations Identified on Schedule A |

| **COPYRIGHT REGISTRATION NO.** | **TITLE OF WORK** | **AUTHOR OR WORK** |
|---|---|---|
| 1 See Attached | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY ☐ Amendment ☐ Answer ☐ Cross Bill ☐ Other Pleading | |
|---|---|---|
| **COPYRIGHT REGISTRATION NO.** | **TITLE OF WORK** | **AUTHOR OF WORK** |
| 1 | | |
| 2 | | |
| 3 | | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED | WRITTEN OPINION ATTACHED | DATE RENDERED |
|---|---|---|
| ☐ Order ☐ Judgment | ☐ Yes ☐ No | |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| Thomas G. Bruton | C. Kellens | 09/14/2026 |

**DISTRIBUTION:**

1) Upon initiation of action, mail copy to Register of Copyrights
2) Upon filing of document adding copyright(s), mail copy to Register of Copyrights
3) Upon termination of action, mail copy to Register of Copyrights
4) In the event of an appeal, forward copy to Appellate Court
5) Case File Copy

Exhibit 1

# Certificate of Registration

SEAL OF THE UNITED STATES COPYRIGHT OFFICE 1870

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Shira Perlmutter

United States Register of Copyrights and Director

**Registration Number**

**VA 2-395-101**

**Effective Date of Registration:**
January 10, 2024
**Registration Decision Date:**
May 23, 2024

## Title

**Title of Work:** GC001 Rudolph Baubles

## Completion/Publication

**Year of Completion:** 2018
**Date of 1st Publication:** July 05, 2018
**Nation of 1st Publication:** United Kingdom

## Author

- **Author:** Bug Art Limited
**Author Created:** 2-D artwork
**Work made for hire:** Yes
**Domiciled in:** United Kingdom

## Copyright Claimant

**Copyright Claimant:** Bug Art Limited
Brierley Farm, Mill Lane, Brockhurst, Ashover, Chesterfield, Derbys, S45 0HS, United Kingdom

## Rights and Permissions

**Organization Name:** Bug Art Limited
**Email:** annecrowther@btinternet.com
**Address:** Brierley Farm, Mill Lane
Brockhurst, Ashover
Chesterfield, Derbys S45 0HS United Kingdom

## Certification



# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

United States Register of Copyrights and Director

**Registration Number**
**VA 2-395-109**
**Effective Date of Registration:**
January 10, 2024
**Registration Decision Date:**
May 23, 2024

## Title

**Title of Work:** H031 Branch Kitty

## Completion/Publication

**Year of Completion:** 2020
**Date of 1st Publication:** July 03, 2020
**Nation of 1st Publication:** United Kingdom

## Author

- **Author:** Bug Art Limited
  **Author Created:** 2-D artwork
  **Work made for hire:** Yes
  **Domiciled in:** United Kingdom

## Copyright Claimant

**Copyright Claimant:** Bug Art Limited
Brierley Farm, Mill Lane, Brockhurst, Ashover, Chesterfield, Derbys, S45 0HS, United Kingdom

## Rights and Permissions

**Organization Name:** Bug Art Limited
**Email:** annecrowther@btinternet.com
**Address:** Brierley Farm, Mill Lane
Brockhurst, Ashover
Chesterfield, Derbys S45 0HS United Kingdom

## Certification



# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

United States Register of Copyrights and Director

**Registration Number**
**VA 2-395-094**
**Effective Date of Registration:**
January 10, 2024
**Registration Decision Date:**
May 23, 2024

## Title

**Title of Work:** G006 Connie Cow

## Completion/Publication

**Year of Completion:** 2017
**Date of 1st Publication:** December 05, 2017
**Nation of 1st Publication:** United Kingdom

## Author

- **Author:** Bug Art Limited
  **Author Created:** 2-D artwork
  **Work made for hire:** Yes
  **Domiciled in:** United Kingdom

## Copyright Claimant

**Copyright Claimant:** Bug Art Limited
Brierley Farm, Mill Lane, Brockhurst, Ashover, Chesterfield, Derbys, S45 0HS, United Kingdom

## Rights and Permissions

**Organization Name:** Bug Art Limited
**Email:** annecrowther@btinternet.com
**Address:** Brierley Farm, Mill Lane
Brockhurst, Ashover
Chesterfield, Derbys S45 0HS United Kingdom

## Certification


kasd g
em ipsu
amet, c
onumy
magn
eos
St
JC

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

United States Register of Copyrights and Director

**Registration Number**
**VA 2-392-462**
**Effective Date of Registration:**
January 10, 2024
**Registration Decision Date:**
April 29, 2024

## Title

**Title of Work:** KC002 Mountain Stag

## Completion/Publication

**Year of Completion:** 2022
**Date of 1st Publication:** May 05, 2022
**Nation of 1st Publication:** United Kingdom

## Author

- **Author:** Bug Art Limited
  **Author Created:** 2-D artwork
  **Work made for hire:** Yes
  **Domiciled in:** United Kingdom

## Copyright Claimant

**Copyright Claimant:** Bug Art Limited
Brierley Farm, Mill Lane, Brockhurst, Ashover, Chesterfield, Derbys, S45 0HS, United Kingdom

## Rights and Permissions

**Organization Name:** Bug Art Limited
**Email:** annecrowther@btinternet.com
**Address:** Brierley Farm, Mill Lane
Brockhurst, Ashover
Chesterfield, Derbys S45 0HS United Kingdom

## Certification



# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Shira Perlmutter

United States Register of Copyrights and Director

**Registration Number**

**VA 2-390-852**

**Effective Date of Registration:**
January 10, 2024
**Registration Decision Date:**
April 16, 2024

## Title

**Title of Work:** D191 Peacock

## Completion/Publication

**Year of Completion:** 2021
**Date of 1st Publication:** April 27, 2021
**Nation of 1st Publication:** United Kingdom

## Author

- **Author:** Bug Art Limited
  **Author Created:** 2-D artwork
  **Work made for hire:** Yes
  **Domiciled in:** United Kingdom

## Copyright Claimant

**Copyright Claimant:** Bug Art Limited
Brierley Farm, Mill Lane, Brockhurst, Ashover, Chesterfield, Derbys, S45 0HS, United Kingdom

## Rights and Permissions

**Organization Name:** Bug Art Limited
**Email:** annecrowther@btinternet.com
**Address:** Brierley Farm, Mill Lane
Brockhurst, Ashover
Chesterfield, Derbys S45 0HS United Kingdom

## Certification



# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Shira Perlmutter

United States Register of Copyrights and Director

**Registration Number**
**VA 2-395-108**
**Effective Date of Registration:**
January 10, 2024
**Registration Decision Date:**
May 23, 2024

## Title

**Title of Work:** H019 Bike Cat

## Completion/Publication

**Year of Completion:** 2016
**Date of 1st Publication:** December 24, 2016
**Nation of 1st Publication:** United Kingdom

## Author

- **Author:** Bug Art Limited
  **Author Created:** 2-D artwork
  **Work made for hire:** Yes
  **Domiciled in:** United Kingdom

## Copyright Claimant

**Copyright Claimant:** Bug Art Limited
Brierley Farm, Mill Lane, Brockhurst, Ashover, Chesterfield, Derbys, S45 0HS, United Kingdom

## Rights and Permissions

**Organization Name:** Bug Art Limited
**Email:** annecrowther@btinternet.com
**Address:** Brierley Farm, Mill Lane
Brockhurst, Ashover
Chesterfield, Derbys S45 0HS United Kingdom

## Certification



# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

United States Register of Copyrights and Director

**Registration Number**
**VA 2-392-463**

**Effective Date of Registration:**
January 10, 2024
**Registration Decision Date:**
April 29, 2024

## Title

**Title of Work:** M082 Dragonfly in a Swirl

## Completion/Publication

**Year of Completion:** 2007
**Date of 1st Publication:** October 29, 2007
**Nation of 1st Publication:** United Kingdom

## Author

- **Author:** Bug Art Limited
  **Author Created:** 2-D artwork
  **Work made for hire:** Yes
  **Domiciled in:** United Kingdom

## Copyright Claimant

**Copyright Claimant:** Bug Art Limited
Brierley Farm, Mill Lane, Brockhurst, Ashover, Chesterfield, Derbys, S45 0HS, United Kingdom

## Rights and Permissions

**Organization Name:** Bug Art Limited
**Email:** annecrowther@btinternet.com
**Address:** Brierley Farm, Mill Lane
Brockhurst, Ashover
Chesterfield, Derbys S45 0HS United Kingdom

## Certification



**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Bug Art Limited

Plaintiff,

v.

Case No.: 1:26−cv−01897
Honorable Elaine E. Bucklo

The Partnerships and Unincorporated Associations Identified on Schedule A, et al.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, September 11, 2026:

MINUTE entry before the Honorable Elaine E. Bucklo: Pursuant to notice dismissal, this case is dismissed as to remaining defendants. All pending dates and motions are terminated as moot. Civil case terminated. Mailed notice. (mgh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.